24-1258 and 24-1259

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**LINYI CHENGEN IMPORT AND EXPORT CO., LTD., ET AL.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant-Appellant*

and

**COALITION FOR FAIR TRADE OF HARDWOOD PLYWOOD,**
*Defendant-Appellant*

Appeal from the United States Court of International Trade in Nos. 1:18-cv-00002-JCG, 1:18-cv-00011-JCG, 1:18-cv-00017-JCG, 1:18-cv-00018-JCG, 1:18-cv-00019- JCG, Judge Jennifer Choe-Groves

## STATEMENT REGARDING NON-PARTICIPATING PARTIES

The parties listed in Attachment A (the "non-participating parties") participated in Court of International Trade Court Nos. 1:18-cv-00002 and 1:18-cv-00018 and have an adverse interest to defendants-appellants in this consolidated appeal. The non-participating parties, however, do not intend to file a brief or join in the brief of any other plaintiffs-appellees and respectfully request that they be removed as plaintiffs-appellees from this consolidated appeal.

                                            Respectfully submitted,

February 2, 2024                  /s/ Jeffrey S. Grimson
                                            Jeffrey S. Grimson
                                            Jill A. Cramer
                                            Bryan P. Cenko
                                            MOWRY & GRIMSON, PLLC
                                            5335 Wisconsin Ave., NW, Ste. 810
                                            Washington, DC 20015
                                            khm@mowrygrimson.com
                                            202-688-3610 (ph)
                                            *Counsel for Non-Participating Parties*

## ATTACHMENT A

| |
|---|
| CANUSA WOOD PRODUCTS LTD. |
| CONCANNON CORP., dba Concannon Lumber Co. |
| FABUWOOD CABINETRY CORP. |
| HOLLAND SOUTHWEST INTERNATIONAL INC. |
| LIBERTY WOODS INTERNATIONAL, INC. |
| NORTHWEST HARDWOODS, INC. |
| USPLY LLC |